IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEON ROSE,**

**Plaintiff,**

**vs.**

**DONALD HULICK,**

**Defendant.** No. 07-CV-153-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on Plaintiff's timely Objection to Report and Recommendation filed on February 8, 2008. (Doc. 15.) Objections were due no later than February 13, 2008. Plaintiff states that he attached a memorandum of law in support of the objection; however, the Court received no such memorandum. The Court grants Plaintiff leave to re-file his memorandum of law, which is presumably already prepared, within 10 days of the date of this Order.

**IT IS SO ORDERED.**

Signed this 14th day of February, 2008.

/s/ David R Herndon
**Chief Judge**
**United States District Court**