# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEON ROSE,**

       **Petitioner,**

       -vs-                      No. 07-CV-153 DRH-DGW

**DONALD HULICK,**

       **Respondent.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. The Respondent's motion to dismiss is **GRANTED** and Petitioner's petition for writ of habeas corpus is **DISMISSED with prejudice.** Judgment is entered in favor of Respondent **DONALD HULICK** and against Petitioner **KEON ROSE**.

                                              **NORBERT G. JAWORSKI, CLERK**

March 17, 2008.                                    BY: s/Patricia Brown
                                                                  Deputy Clerk

APPROVED: /s/ David R Herndon
               **CHIEF JUDGE**
               **U.S. DISTRICT JUDGE**